IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>              *Plaintiff*,<br><br>v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, *et al.*,<br><br>              *Defendants*. | Case No. 1:19-cv-02173-TNM |

**NOTICE OF APPEARANCE**

Please take notice that Andrew Amer, Special Litigation Counsel in the New York State Office of the Attorney General,[1] hereby enters his appearance as counsel of record in the above-captioned case for Letitia James, sued in her official capacity as Attorney General of the New York State, and Michael R. Schmidt, sued in his official capacity as Commissioner of the New York State Department of Taxation and Finance.

Dated:   New York, New York
            July 25, 2019

                                                      LETITIA JAMES
                                                      Attorney General of the State of New York

                                                      By:     /s/ Andrew Amer
                                                                   Andrew Amer
                                                      Special Litigation Counsel
                                                      28 Liberty Street, 17th Floor
                                                      New York, New York 10005
                                                      (212) 416-6127
                                                      Andrew.amer@ag.ny.gov

                                                      *Attorney for Defendants Letitia James, in her official capacity, and Michael R. Schmidt, in his official capacity*

To:     All Counsel of Record (via ECF)

---

[1] On July 24, 2019, the undersigned filed a Renewal/Government Certification form and ECF Registration form with the Clerk of the Court in compliance with Local Civil Rule 83.2(f).