# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-02173 |

## NOTICE OF APPEARANCE

I, Todd B. Tatelman, hereby enter my appearance as counsel in the above-captioned case for the Committee on Ways and Means of the United States House of Representatives. Please send all future notices in this matter to me.

Respectfully submitted,

*/s/ Todd B. Tatelman*
TODD B. TATELMAN (VA Bar No. 66008)
Deputy General Counsel

OFFICE OF GENERAL COUNSEL[*]
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Todd.Tatelman@mail.house.gov

*Counsel for the Committee on Ways and Means,
United States House of Representatives*

July 25, 2019

---

[*] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2019, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

                                                */s/ Todd B. Tatelman*
                                                Todd B. Tatelman