Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DONALD J. TRUMP

        Plaintiff

  vs.

COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, ET AL.

        Defendant

Civil No.  19-2173  (CJN)

Category  E

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 07/25/2019 from Judge Trevor N. McFadden to Judge Carl J. Nichols by direction of the Calendar Committee.

(Case Not Related)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case Management Committee

cc: Judge Trevor N. McFadden & Courtroom Deputy
Judge Carl J. Nichols & Courtroom Deputy
Liaison, Calendar and Case Management Committee