UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD J. TRUMP,

    *Plaintiff,*

v.

COMMITTEE ON WAYS AND MEANS,
UNITED STATES HOUSE OF
REPRESENTATIVES, et al.,

    *Defendants.*

Civil Action No. 1:19-cv-02173 (CJN)

## ORDER ADOPTING PROPOSED BRIEFING SCHEDULE

Plaintiff Donald J. Trump and Defendants Letitia James, Attorney General of New York State, and Michael R. Schmidt, Commissioner of the New York State Department of Taxation and Finance (collectively, "New York Defendants") have filed a Joint Stipulation requesting that the Court adopt a revised briefing schedule. Dkt. 28.[1] Following a review of the Joint Stipulation and the entire record, the Joint Stipulation is hereby adopted, and it is therefore **ORDERED** that:

(1)     Mr. Trump shall file his Amended Complaint on or before August 19, 2019;

(2)     the New York Defendants shall file their new Motion to Dismiss for Lack of Personal Jurisdiction and/or Improper Venue on or before August 29, 2019;

(3)     Mr. Trump shall file his Opposition to the New York Defendants' Motion to Dismiss on or before September 9, 2019;

(4)     the New York Defendants shall file their Reply in support of their Motion to Dismiss on or before September 13, 2019; and

---

[1] Defendant Committee on Ways and Means, U.S. House of Representatives took no position on the Joint Stipulation. *Id.* at 2 n.*.

(5)   a hearing on the Motion is set for September 18, 2019, at 10 AM in Courtroom 19.

The remainder of the Court's August 1, 2019 Order, Dkt. 25, remains in effect and is repeated below:

It is further **ORDERED** that, during the pendency of the New York Defendants' Motion and for a period of one week from the Court's decision on that Motion, the New York Defendants shall not deliver to the Committee any information concerning Mr. Trump that may be requested by Chairman Neal under the TRUST Act.

It is further **ORDERED** that, during the pendency of the New York Defendants' Motion and for a period of one week from the Court's decision on that Motion, should Chairman Neal make a request to the Commissioner under the TRUST Act for information concerning Mr. Trump, the New York Defendants shall promptly notify the Court and Mr. Trump of that request.

For the avoidance of any doubt, nothing in this Order limits the New York Defendants or Mr. Trump from making any arguments or filings concerning the New York Defendants' Motion to Dismiss, and nothing in this Order limits Mr. Trump's ability to seek further or additional relief following the Court's decision on the New York Defendants' Motion.

It is so **ORDERED**.

DATE: August 14, 2019

CARL J. NICHOLS
United States District Judge