IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                              Plaintiff,<br><br>v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES; RICHARD NEAL, in his official capacity as Chairman of the House Ways and Means Committee; ANDREW GROSSMAN, in his official capacity as Chief Tax Counsel of the House Ways and Means Committee; LETITIA JAMES, in her official capacity as Attorney General of New York State; and MICHAEL R. SCHMIDT, in his official capacity as Commissioner of the New York State Department of Taxation and Finance,<br><br>                              Defendants. | Case No. 1:19-cv-2173-CJN |

## JOINT STIPULATION OF PLAINTIFF AND CONGRESSIONAL DEFENDANTS

Two weeks ago, Plaintiff amended his complaint and, among other changes, added Richard Neal and Andrew Grossman as defendants. These defendants have agreed to waive service, so their deadline to file an answer is October 21, 2019. *See* Dkt. 33, 34. But the Committee on Ways and Means, another congressional defendant represented by the same counsel, must file its answer by September 26, 2019. *See* Dkt. 18. To avoid duplicative filings and contradictory deadlines, Plaintiff and the congressional defendants jointly stipulate that the deadline for the Committee's answer should be October 21, 2019. They ask the Court to enter an order extending the Committee's deadline to that date.

1

Dated: August 27, 2019

 s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar #253492),
    *General Counsel*
Todd B. Tatelman (VA Bar #66008),
    *Deputy General Counsel*
Megan Barbero (MA Bar #668854),
    *Associate General Counsel*
Josephine Morse (D.C. Bar #1531317),
    *Associate General Counsel*
Brooks M. Hanner (D.C. Bar #1005346),
    *Assistant General Counsel*
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Defendants Committee on Ways and Means of the United States House of Representatives, Richard Neal, and Andrew Grossman*

Respectfully submitted,

 s/ *William S. Consovoy*
William S. Consovoy (D.C. Bar #493423)
Thomas R. McCarthy (D.C. Bar #489651)
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
tom@consovoymccarthy.com
cam@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
patrick@consovoymccarthy.com

*Counsel for Plaintiff President Donald J. Trump*