IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>              Plaintiff,<br><br>v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES; RICHARD NEAL, in his official capacity as Chairman of the House Ways and Means Committee; ANDREW GROSSMAN, in his official capacity as Chief Tax Counsel of the House Ways and Means Committee; LETITIA JAMES, in her official capacity as Attorney General of New York State; and MICHAEL R. SCHMIDT, in his official capacity as Commissioner of the New York State Department of Taxation and Finance,<br><br>              Defendants. | Case No. 1:19-cv-2173-CJN |

## PLAINTIFF'S MOTION FOR PRO HAC VICE
## ADMISSION OF PATRICK STRAWBRIDGE

I am a member in good standing of the bar of this Court. Per LCvR 83.2(d), I ask the Court to allow Patrick Strawbridge to appear pro hac vice as co-counsel for Plaintiff Donald J. Trump. Mr. Strawbridge is familiar with this case and this Court's rules. He meets all the requirements of LCvR 83.2(d), as explained in the attached declaration. Defendants do not oppose this motion.

Dated: September 10, 2019

Respectfully submitted,

*s/ William S. Consovoy*

William S. Consovoy (D.C. Bar #493423)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

*Counsel for President Donald J. Trump*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>          Plaintiff,<br><br>v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES; RICHARD NEAL, in his official capacity as Chairman of the House Ways and Means Committee; ANDREW GROSSMAN, in his official capacity as Chief Tax Counsel of the House Ways and Means Committee; LETITIA JAMES, in her official capacity as Attorney General of New York State; and MICHAEL R. SCHMIDT, in his official capacity as Commissioner of the New York State Department of Taxation and Finance,<br><br>          Defendants. | Case No. 1:19-cv-2173-CJN |

## DECLARATION OF PATRICK STRAWBRIDGE

1. My full name is Patrick Neilson Strawbridge.

2. I am an attorney at Consovoy McCarthy PLLC. My office address is Ten Post Office Square, 8th Floor South PMB #706, Boston, MA 02109. My telephone number is 617-227-0548.

3. I am a member of the Maine, Connecticut, and Massachusetts bars.

4. I have not been disciplined by any bar.

5. Within the last two years, I have been admitted pro hac vice to this Court one time.

6. I do not practice law from an office in the District of Columbia.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on September 10, 2019.

                              */s/ Patrick Strawbridge*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                              Plaintiff,<br><br>v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES; RICHARD NEAL, in his official capacity as Chairman of the House Ways and Means Committee; ANDREW GROSSMAN, in his official capacity as Chief Tax Counsel of the House Ways and Means Committee; LETITIA JAMES, in her official capacity as Attorney General of New York State; and MICHAEL R. SCHMIDT, in his official capacity as Commissioner of the New York State Department of Taxation and Finance,<br><br>                              Defendants. | Case No. 1:19-cv-2173-CJN |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR PRO HAC VICE ADMISSION OF PATRICK STRAWBRIDGE**

The Court has reviewed Plaintiff's motion for admission of attorney Patrick Strawbridge pro hac vice. The motion is **GRANTED**.

_____                                    _____
Date                                                                                  **CARL J. NICHOLS**
                                                                                          United States District Judge