IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                                Plaintiff,<br><br>v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES; RICHARD NEAL, in his official capacity as Chairman of the House Ways and Means Committee; ANDREW GROSSMAN, in his official capacity as Chief Tax Counsel of the House Ways and Means Committee; LETITIA JAMES, in her official capacity as Attorney General of New York State; and MICHAEL R. SCHMIDT, in his official capacity as Commissioner of the New York State Department of Taxation and Finance,<br><br>                              Defendants. | Case No. 1:19-cv-2173-CJN |

**PLAINTIFF'S MOTON FOR EXTENSION OF TIME TO RESPOND TO CONGRESSIONAL DEFENDANTS' MOTION TO DISMISS**

A week ago, the Congressional Defendants filed a motion to dismiss this case. The 30-page supporting memorandum raises challenges to Plaintiff's standing, a claim of absolute immunity, and arguments that the Amended Complaint fails to state a claim.

Plaintiff seeks a short extension of two additional weeks to file its opposition to this motion. Plaintiff notes that he agreed to the Congressional Defendants' request to extend the time to file their motion. *See* Dkt. No. 35. The Court is already considering the New York Defendants' fully briefed motion to dismiss, and an additional two weeks to respond to the more recent motion will not cause any apparent hardship. Moreover, undersigned counsel is currently involved in multiple pending matters (all on an expedited basis) for Plaintiff in the U.S. Court of Appeals for the D.C. Circuit,

Second Circuit, and Ninth Circuit. A short extension will assist counsel in managing these matters and providing this Court with a complete response to the Congressional Defendants' motion.

Counsel for the Congressional Defendants takes no position on Plaintiff's request for an extension of time. In the event the Court grants the request, counsel for the Congressional Defendants respectfully requests that the Congressional Defendants be afforded until Monday, December 9, 2019 to file their reply in support of the motion to dismiss. Plaintiff does not oppose that extension.

For these reasons, Plaintiff respectfully asks the Court to grant a two-week extension beyond the normal 14-day period provided by LCvR 7(b), so that Plaintiff's opposition to the Congressional Defendants' motion to dismiss will be due on November 18, 2019.

Dated: October 28, 2019

Respectfully submitted,

*s/ William S. Consovoy*
William S. Consovoy (D.C. Bar #493423)
Thomas R. McCarthy (D.C. Bar #489651)
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
tom@consovoymccarthy.com
cam@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
patrick@consovoymccarthy.com

*Counsel for Plaintiff President Donald J. Trump*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                              Plaintiff,<br><br>v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES; RICHARD NEAL, in his official capacity as Chairman of the House Ways and Means Committee; ANDREW GROSSMAN, in his official capacity as Chief Tax Counsel of the House Ways and Means Committee; LETITIA JAMES, in her official capacity as Attorney General of New York State; and MICHAEL R. SCHMIDT, in his official capacity as Commissioner of the New York State Department of Taxation and Finance,<br><br>                              Defendants. | Case No. 1:19-cv-2173-CJN |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTON FOR EXTENSION OF TIME TO RESPOND TO CONGRESSIONAL DEFENDANTS' MOTION TO DISMISS**

Having considered Plaintiff's motion for a two-week extension to respond to the Congressional Defendants' motion to dismiss renewed motion to dismiss for lack of personal jurisdiction and improper venue (Doc. 42), the motion is hereby **GRANTED**. Plaintiff shall file his response to the motion on or before November 18, 2019.

_____                                          _____
Date                                                                                                  **CARL J. NICHOLS**
                                                                                                          United States District Judge