**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD J. TRUMP,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, et al.,<br><br>*Defendants*. | Civil Action No. 1:19-cv-02173 (CJN) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the New York Defendants' Motion to Dismiss the Amended Complaint for Lack of Personal Jurisdiction and Improper Venue, Dkt. 36, is **GRANTED**. It is further

**ORDERED** that, on or before November 13, 2019, Mr. Trump and the Congressional Defendants shall meet, confer, and file a Joint Status Report outlining how they would propose to proceed on the Emergency Application for Relief Under the All Writs Act, Dkt. 6, which remains pending before the Court.

DATE:  November 11, 2019

CARL J. NICHOLS
United States District Judge