IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, *et al.*,<br><br>*Defendants*. | Case No. 19-cv-2173 (CJN) |

**NOTICE**

The Committee Defendants submit this Notice in response to the Court's question at the hearing in this matter on November 18, 2019. If this Court grants the Committee Defendants' motion to dismiss, undersigned counsel agrees that should Chairman Neal make a request under the TRUST Act relating to Plaintiff Donald J. Trump during the 116th Congress, counsel will notify the Court and counsel for the Plaintiff that such a request has been made.

    Respectfully submitted,

    */s/ Douglas N. Letter*
    Douglas N. Letter (D.C. Bar No. 2533492)
        *General Counsel*
    Todd B. Tatelman (VA Bar No. 66008)
        *Deputy General Counsel*
    Megan Barbero (MA Bar No. 668854)
        *Associate General Counsel*
    Josephine Morse (D.C. Bar No. 1531317)
        *Associate General Counsel*
    Adam A. Grogg (D.C. Bar No. 1552438)
        *Assistant General Counsel*

    OFFICE OF GENERAL COUNSEL
    U.S. HOUSE OF REPRESENTATIVES
    219 Cannon House Office Building
    Washington, D.C. 20515

(202) 225-9700
douglas.letter@mail.house.gov

*Counsel for the Committee Defendants*

November 18, 2019