**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD J. TRUMP,<br><br>    *Plaintiff*,<br><br>v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, et al.,<br><br>    *Defendants*. | Civil Action No. 1:19-cv-02173 (CJN) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** Mr. Trump's Emergency Application for Relief Under the All Writs Act, Dkt. 6, is **GRANTED**.

It is further **ORDERED** that

(1)    if Chairman Neal makes a request under the TRUST Act for information relating to Mr. Trump's New York state tax returns, the Congressional Defendants shall provide the Court and Mr. Trump with contemporaneous notice of that request; and

(2)    the Congressional Defendants shall not receive any records requested by Chairman Neal for a period of fourteen (14) days, during which time the Court can decide whether Chairman Neal's request is lawful.

It is so **ORDERED**.

DATE: November 18, 2019

                                                          CARL J. NICHOLS
                                                          United States District Judge