**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                    *Plaintiff*,<br><br>    v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, *et al.*,<br><br>                    *Defendants*. | Case No. 19-cv-2173 (CJN) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants the Committee on Ways and Means of the United States House of Representatives; Richard Neal, in his official capacity as Chairman of the House Ways and Means Committee; and Andrew Grossman, in his official capacity as Chief Tax Counsel of the House Ways and Means Committee, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's November 18, 2019 Order, ECF No. 52, as well as its November 18, 2019 Memorandum Opinion, ECF No. 51.

                                          Respectfully submitted,

                                          */s/ Douglas N. Letter*
                                          Douglas N. Letter (DC Bar No. 253492)
                                              *General Counsel*
                                          Todd B. Tatelman (VA Bar No. 66008)
                                              *Deputy General Counsel*
                                          Megan Barbero (MA Bar No. 668854)
                                              *Associate General Counsel*
                                          Josephine Morse (DC Bar No. 1531317)
                                              *Associate General Counsel*

                                          OFFICE OF GENERAL COUNSEL
                                          U.S. HOUSE OF REPRESENTATIVES
                                          219 Cannon House Office Building

2

Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for the Committee Defendants*

December 17, 2019