# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 19-5360**                      **September Term, 2020**

**1:19-cv-02173-CJN**

**Filed On: November 13, 2020** [1871111]

Donald J. Trump,

      Appellee

   v.

Committee on Ways and Means, United States House of Representatives, et al.,

      Appellants

Letitia James, in her official capacity as Attorney General of New York State and Michael R. Schmidt, in his official capacity as Commissioner of the New York State Department of Taxation and Finance,

      Appellees

**M A N D A T E**

    In accordance with the order of November 13, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                           BY:   /s/
                                    Laura M. Chipley
                                    Deputy Clerk

Link to the order filed November 13, 2020.

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 19-5360          September Term, 2020

1:19-cv-02173-CJN

**Filed On:** November 13, 2020

Donald J. Trump,

    Appellee

    v.

Committee on Ways and Means, United States House of Representatives, et al.,

    Appellants

Letitia James, in her official capacity as Attorney General of New York State and Michael R. Schmidt, in his official capacity as Commissioner of the New York State Department of Taxation and Finance,

    Appellees

**O R D E R**

    Upon consideration of appellants' consent motion to voluntarily dismiss this appeal, it is

    **ORDERED** that the motion be granted and this case be dismissed.

    The Clerk is directed to issue the mandate forthwith to the district court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Laura Chipley
       Deputy Clerk