IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>     *Plaintiff*,<br><br> v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES et al.,<br><br>     *Defendants*. | Case No. 1:19-cv-02173 |

**NOTICE OF WITHDRAWAL AS COUNSEL**

  I, Douglas N. Letter, hereby withdraw my appearance as counsel in this case. Defendants will continue to be represented by the other attorneys who have entered appearances in this case.

               Respectfully submitted,

               */s/ Douglas N. Letter*
               Douglas N. Letter (D.C. Bar No. 253492)
                *General Counsel*

               Office of General Counsel
               U.S. House of Representatives
               5140 O'Neill House Office Building
               Washington, D.C. 20515
               (202) 225-9700
               Douglas.Letter@mail.house.gov

January 4, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I caused the foregoing Notice of Withdrawal as Counsel to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter
