IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP,<br>*Plaintiff*,<br><br>v.<br><br>COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, et al.,<br>*Defendants*. | Case No. 1:19-cv-2173-CJN |

**STIPULATION OF DISMISSAL**

The parties jointly stipulate to the following:

1. Plaintiff, then-President Trump, filed this lawsuit in 2019 to stop Defendants from obtaining his state tax returns under New York's TRUST Act. *See* Docs. 1, 30.

2. The TRUST Act states that, when certain conditions are met, the chair of the House Ways and Means Committee can request the state tax returns of "the president of the United States." *E.g.*, N.Y. Tax Law §449(a-1)(1).

3. Plaintiff is no longer "the president of the United States." *Id.*

4. Even if he were, Defendant Neal no longer chairs the House Ways and Means Committee, and the current Committee has no interest in Plaintiff's tax returns.

5. Accordingly, this case is hereby dismissed under Rule 41(a)(1). Each side will bear its own fees and costs.

Dated: January 20, 2023

 *s/ Patrick Strawbridge*

Thomas R. McCarthy (D.C. Bar #489651)
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423

Patrick Strawbridge (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109

*Counsel for Plaintiff*

Respectfully submitted,

 *s/ Todd B. Tatelman*
Todd B. Tatelman (VA Bar #66008)
 *Acting General Counsel*
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Todd.Tatelman@mail.house.gov

*Counsel for Defendants*